JOHN J. RADEL v. ONE HUNDRED THIRTY-FOUR WEST TWENTY-FIFTH STREET

BUILDING CORPORATION.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.